

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
United States Attorney

*Christian H. Carrara*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5026*
*P.O. Box 2098*                        *Direct: (973) 494-6933*
*Camden, NJ 08101*          *christian.carrara2@usdoj.gov*

July 8, 2026

**Via ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** ***Quiroz Vargas v. Blanche, et al.*, No. 2:26-cv-09768 (MCA)**
> **Petitioner's Release from Custody**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's order entered on August 7, 2026, ECF No. 3, to confirm that U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that Petitioner was released from custody at 6:30 P.M. on August 8, 2026.

We apologize to the Court and Petitioner for this late release. On August 7, 2026, the Court entered an order requiring Petitioner's release within 24 hours unless he has a criminal history, is subject to a final order of removal, or entered the United States illegally less than five years prior to the date of the order. *See* ECF No. 3. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner seven hours after the 24-hour deadline.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Christian H. Carrara*
     CHRISTIAN H. CARRARA
     Assistant United States Attorney

Case shall be closed.
SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   8/12/26

*Attorneys for Respondents*

cc:    Counsel of record (via ECF)